**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 12, 2004

Dear Counsel:

  Due to an unexpected conflicts problem discovered over the weekend, we are making a trade in the family of funds assignment between Judge Davis and Judge Stamp. Judge Davis will now handle the Alliance and Nationsbank cases, and Judge Stamp will now handle the Artisan and Strong cases. Therefore, the tracks will now be as follows:

| **JUDGE BLAKE** | **JUDGE DAVIS** | **JUDGE MOTZ** | **JUDGE STAMP** |
|---|---|---|---|
| *04-md-15861* | *04-md-15862* | *04-md-15863* | *04-md-15864* |
| Excelsior | Alliance | Alger | AIM |
| Federated | Franklin Templeton | Columbia | Artisan |
| Scudder | Nationsbank | Janus | INVESCO |
|  | Pilgrim Baxter | MPS | Strong |
|  |  | One Group | T. Rowe Price |
|  |  | Putnam |  |

  We apologize for any inconvenience this change causes to you.

            Very truly yours,

            /s/

            J. Frederick Motz
            United States District Judge

cc: Honorable Catherine C. Blake
  Honorable Andre M. Davis
  Honorable Frederick P. Stamp, Jr.