IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| _____ : | | MDL DOCKET NO. 1586 |
| : | | |
| : | | Hon. J. Frederick Motz |
| IN RE MUTUAL FUNDS : | | |
| INVESTMENT LITIGATION : | | MDL Case No. |
| : | | 04-md-15862 |
| : | | (Hon. Andre M. Davis) |
| : | | |
| This Document Relates To: : | | MDL Case No. |
| All Parent Derivative Actions : | | 04-md-15863 |
| : | | (Hon. J. Frederick Motz) |
| _____: | | |

**MOTION FOR ENTRY OF AN ORDER
APPOINTING LEAD COUNSEL
FOR THE PARENT DERIVATIVE CASES**

For the reasons set forth in their accompanying Memorandum Of Law In Support Of The Motion For Appointment Of Lead Counsel For The Parent Derivative Cases And Proposal For The Organizational Structure Of The MDL Proceeding, counsel for the derivative cases brought on behalf of the publicly-traded parent companies of the investment advisors to mutual funds involved in this MDL proceeding before the Court (the "Parent Derivative Cases") hereby respectfully move the Court for entry of the attached proposed Order appointing the law firms of Morris and Morris LLC Counselors at Law, the Law Offices of Bernard M. Gross P.C., and Bull & Lifshitz, LLP as Lead Counsel in the Parent Derivative Cases, with the specific duties and responsibilities set forth in the proposed Order.

All counsel for the Parent Derivative Cases concur in the appointment of these named law firms to act as lead counsel for these cases.

Date: April 19, 2004

        MORRIS AND MORRIS LLC
        COUNSELORS AT LAW

        /s/
        Karen L. Morris
        1105 North Market Street, Suite 803
        Wilmington, Delaware 19801
        (302) 426-0400
        (302) 426-0406 - fax

        LAW OFFICES OF BERNARD M. GROSS, P.C.

        /s/
        Deborah Gross
        1515 Locust Street, Second Floor
        Philadelphia, PA 19102
        (215) 561-3600
        (215) 561-3000 - fax

        BULL & LIFSHITZ, LLP

        /s/
        Joshua M. Lifshitz
        18 East 41st Street
        New York, NY 10017
        (212) 213-6222
        (212) 213-9405 - fax

        On Behalf of All Parent Derivative Cases