**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

November 3, 2005

Memo to Counsel Re: MDL 15861 - All Subtracks
        MDL 15864 - Strong Subtrack

Dear Counsel:

Following up on the opinions issued by Judge Motz on August 25, 2005, I am today entering short memoranda ruling on motions to dismiss in each of the sub-tracks assigned to me. For filing and docketing issues, please review the sixth "general instruction" contained in Judge Motz's memo to counsel being issued today in his sub-tracks.

            /s/

            Catherine C. Blake
            United States District Judge