EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE MUTUAL FUNDS INVESTMENT
LITIGATION

[Scudder Track]

MDL 1586

Case No. 04-MD-15861 (CCB)

JURY TRIAL DEMANDED

## SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

[THIS DOCUMENT HAS BEEN REDACTED BECAUSE IT CONTAINS
INFORMATION THAT HAS BEEN DESIGNATED AS HIGHLY
CONFIDENTIAL OR CONFIDENTIAL PURSUANT TO THE COURT'S
CONFIDENTIALITY ORDER.  THE COMPLETE DOCUMENT HAS BEEN
FILED UNDER SEAL]

## EXHIBIT "A"

## LIST OF CHANGED PARTIES

### NEW PLAINTIFFS

None

### NEW DEFENDANTS

Deutsche Investment Management Americas, Inc.

John W. Ballantine

Lewis A. Burnham

Donald L. Dunaway

James R. Edgar

Paul K. Freeman

Robert B. Hoffman

Shirley D. Peterson

Fred B. Fenwick

John G. Weithers

Henry P. Becton, Jr.

Dawn-Marie Driscoll

Edgar R. Fiedler

Keith R. Fox

Louis E. Levy

Jean Gleason Stromberg

Jean C. Tempel

Carl W. Vogt

1

J.C. Bradford & Co.

Paul Cooper

Michael Yellen

Daniel G. Calugar

Security Brokerage, Inc.

William Savino

Christopher Chung

Millennium International, Ltd.

Peconic Capital LLC (formerly Peconic Capital L.P.) (aka Agawam Fund)

Peconic Offshore Fund Corporation

Maillot Jaune Capital, LLC

Bank of America Corp.

Banc of America Securities LLC

Canary Capital Partners, LLC

Canary Capital Partners, Ltd.

Canary Investment Management, LLC

Edward J. Stern

Aurum Securities Corp.

Aurum Capital Management Corp.

Pritchard Capital Partners, LLC

Trautman Wasserman & Company, Inc.

## DROPPED PARTIES

Scudder Advisor Funds

Scudder Institutional Funds

Scudder MG Investments Trust

Kelvin J. Lancaster