IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT | : | MDL 1586 |
| LITIGATION | : | |
| | : | |
| In re Excelsior, Federated and Scudder | : | Case No. 04-MD-15861 |
| [Scudder Sub-Track] | : | |
| *Hinton v. Deutsche Bank AG, et al.* | : | Case No. 04-1288 |

...o0o...

## ORDER

Now pending in the Scudder Subtrack is the Defendants' Omnibus Motion to Dismiss for Lack of Article III Standing.  Oral argument was heard on October 5, 2007, and Judge Motz issued an opinion October 19, 2007, ruling on the motion as it applied in the Invesco Subtrack. Having reviewed that opinion, I find myself in full agreement, and therefore adopt its reasoning, subject only to reconsideration, if any, that may be necessary under the Supreme Court's opinion yesterday in *Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc.*, 552 U.S. _____ (2008).

Accordingly, it is hereby **ORDERED** that:

the Defendants' Omnibus Motion to Dismiss is **Granted in part** and **Denied in part** to the extent and for the reasons set forth in the Invesco Subtrack opinion.

|  |  |
|---|---|
| _____January 16, 2008_____ | _____/s/_____ |
| Date | Catherine C. Blake |
| | United States District Judge |