IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | Case No. 04-md-15861 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Banc of America Securities LLC.

I certify that I have been admitted to practice in the District of Maryland for purposes of MDL-1586.

*/s/ Jason P. Mock*
Jason P. Mock (JM-7600)

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000
jmock@wlrk.com

*Attorney for Defendant Banc of America Securities LLC*