IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>This Document Relates To:<br>    Scudder Subtrack | MDL 1586<br><br>Case No.   04-md-16861-CCB |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION AND DERIVATIVE SETTLEMENTS

Class Plaintiffs and Derivative Plaintiffs (collectively, "Plaintiffs"), through their respective counsel, hereby move the Court for entry of the proposed Preliminary Approval Order, submitted herewith.  If entered by the Court, the proposed Preliminary Approval Order will (i) preliminarily approve the proposed Settlements of the above-captioned action; (ii) certify, for settlement purposes only, a class of persons that purchased and/or held shares of the Deutsche/Scudder Settlement Funds during the period July 30, 1999, through January 12, 2004, inclusive; (iii) approve the Parties' proposed form and method for providing notice of the Settlements to Class Members and shareholders of the Deutsche/Scudder Funds; and (iv) schedule a final fairness hearing at which the Court will consider whether to approve: a) the Parties' request for final approval of the Settlements and entry of the Order and Final Judgment; and b) Plaintiffs' Counsel's petition for an award of attorneys' fees and reimbursement of expenses.

In support of their Motion, Plaintiffs adopt and incorporate by reference, as if fully restated herein, Plaintiffs' Omnibus Memorandum of Law in Support of Preliminary Approval of Proposed Settlements.  This Motion is also supported by the accompanying Supplemental Memorandum of Law in Support of Plaintiffs' Unopposed Motion for

*Privileged & Confidential*
*Plaintiffs' Draft 4/21/2010*
<u>*For Settlement Purposes Only*</u>

Preliminary Approval of Proposed Class Action and Derivative Settlements, and its accompanying exhibits.

Dated: April 21, 2010

Respectfully submitted,

**BERGER & MONTAGUE, P.C.**
By: _____/s/_____

Sherrie R. Savett
Lawrence Deutsch
Glen L. Abramson
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
*Counsel for Lead Plaintiff Post-Retirement Health Insurance Plan and Trust and the Class*

Michael K. Yarnoff
Michelle Newcomer
**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
*Counsel for Plaintiffs Linda S. Cape and Tony D. David*

Mark C. Rifkin
Demet Basar
Paulette S. Fox
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
*Counsel for Derivative Plaintiffs*