IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| In re Mutual Funds Investment Litigation | ) MDL No. 1586 |
| | ) |
| | ) 04-MD-15861-CBB |
| | ) 04-MD-15862-AMD |
| This Document Relates To: | ) 04-MD-15863-JFM |
| All Tracks | ) 04-MD-15864-FPS |

---

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the law firm of **GAINEY & McKENNA**, attorneys for Plaintiffs, WATHENA ANN FORSEE, EILEEN CLANCY, and KAREN McKENNA in the above-captioned matter, has moved and the new address is:

**GAINEY & McKENNA**
440 Park Avenue South, 5th Floor
New York, New York 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
E-mail: tjmlaw2001@yahoo.com
         tjmckenna@gaineyandmckenna.com

Our telephone and facsimile numbers have remained unchanged.

Thomas J. McKenna hereby certifies that a copy of this notice is being filed electronically with the Court and thereby served on all parties.

Dated: New York, New York
       June 9, 2011

Yours, etc.

By: _/s/ Thomas J. McKenna_
Thomas J. McKenna, Esq.
**GAINEY & McKENNA**
*Counsel for Plaintiffs Wathena Ann Forsee, Eileen Clancy and Karen McKenna*
440 Park Avenue South, 5th Floor
New York, New York 10016
(212) 983-1300